Submitted December 13, 1965. *Ismael Berrios,* appellant, in propria persona; *Joseph M. Smith,* Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Brown, Appellant, *v.* Myers.

Submitted December 13, 1965. *Robert B. Brown,* appellant, in propria persona; *Benjamin H. Renshaw, Jr.* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Brown, Appellant, *v.* Myers.

Submitted December 13, 1965. *Edward Brown,* appellant, in propria persona; *Theodore A. Parker,* Assistant District Attorney, and *Wilson Bucher,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Buonavolta, Appellant, *v.* Buonavolta.